UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MEDIA PRODUCTS INC., | No. C 10-4471 MEJ |
| Plaintiff, | **ORDER VACATING CMC** |
| v. | **ORDER FOR PLAINTIFF TO FILE STATUS REPORT** |
| DOES 1-1257, | |
| Defendants. | |

This matter is scheduled for a case management conference on January 13, 201. However, there is no indication that any defendants have been served. Accordingly, the Court VACATES the January 13, 2011 Case Management Conference and ORDERS Plaintiff to file a status report by January 27, 2011.

**IT IS SO ORDERED.**

Dated: January 11, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge