## James W. Shortt & Associates, P.C.
### *Attorneys and Counsellors at Law*
*108 South Locust Street • P.O. Box 900 • Floyd, Virginia 24091*
*Tel (540) 745-3131 • Fax (540) 745-2999 • E-mail: jwshortt@swva.net*

April 26, 2011

BY FAX AND REGULAR MAIL

Ira M. Siegel, Esq.
Law Offices of Ira M. Siegel
433 North Camden Drive, Suite 970
Beverly Hills, CA 90210

Re: Subpoena upon Citizens Telephone Cooperative
Relative to McDonald Street Apartment Complex
Media Products, Inc. dba Devil's Film v. DOES 1-257
U.S. District Court for the Northern District of California

Dear Mr. Siegel:

As you know, I represent Citizens Telephone Cooperative ("Citizens"). Citizens was recently served with a subpoena seeking information relative to the above case.

As has been relayed through email correspondence with Kyle Reed of your office, our research indicates that the customer for the IP address covered by your subpoena is the owner of an apartment complex with several units located in a large university town. Citizens merely sells its service to the apartment complex owner, which in turn provides internet service to its tenants. Because of this configuration, Citizens is unable to trace who the end users of the internet service are within the apartment complex.

Kyle Reed indicated to me that, given these facts, the subpoena will be marked as complied without further action required of Citizens. I am attached a copy of our email correspondence to this effect.

Thank you for your attention to the foregoing.

Sincerely,
James W. Shortt & Associates, P.C.

James W. Shortt

Enclosure
Cc: Clerk, U.S. District Court for the Northern District of California
Greg Sapp, General Manager
Tara Branscom, Esq.

Use your browser controls to print this window
Case3:10-cv-04471-MEJ Document15 Filed04/29/11 Page2 of 3
Page 1 of 2

**To:** jwshortt@swva.net
**Subject:** Re: Media Products, Inc dba Devil's Film v. DOES 1-1257
**CC:** tara.branscom@leclairryan.com, Greg Sapp <gregsapp@citizens.coop>, Dennis Reece <dennisreece@citizens.coop>, Robert Weeks <robertweeks@citizens.coop>, Danny Vaughn <DannyVaughn@citizens.coop>
**Date:** Mon, 25 Apr 2011 16:31:49 -0400
**Status:** Normal
**From:** "Law Offices of Ira M. Siegel" <info@irasiegellaw.com>
**Reply-to:** info@irasiegellaw.com

To_view_full_html_email_click_here

OK. Thank you for the confirmation. We have marked this as complied.

```
LAW OFFICES OF IRA M. SIEGEL
INTELLECTUAL PROPERTY PROTECTION and ENFORCEMENT
PATENT, TRADEMARK and COPYRIGHT LAW
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210
888-406-1004
```

On 4/25/11 1:29 PM, jwshortt wrote:

> Kyle,
>
> I just received a response back from my client.
>
> The answer is no, we can't trace the end user at all, even with the port number. All we can tell you is who the apartment complex owner is. Citizens does not think that the apartment complex owner can trace from its equipment, but I'll lef Tara Branscom verify that fact.
>
> Jim
>
> ----- Original Message Follows -----
> From: "Law Offices of Ira M. Siegel"
> To: jwshortt@swva.net
> Cc: subpoena@irasiegellaw.com, tara.branscom@leclairryan.com, Greg Sapp , Dennis Reece , Robert Weeks , Danny Vaughn
> Subject: Re: Media Products, Inc dba Devil's Film v. DOES 1-1257
> Date: Mon, 25 Apr 2011 11:28:27 -0700
>
> Hello James,
>
> Thank you for the response. Is Citizens Telephone Cooperative able to trace the end user if we provide the Port Number associated with the infringement?
>
> Kyle Reed
>
> ```
> LAW OFFICES OF IRA
> M. SIEGEL INTELLECTUAL PROPERTY PROTECTION and ENFORCEMENT
> PATENT, TRADEMARK and COPYRIGHT LAW
> 433 N. Camden Drive, Suite 970
> ```

Use your browser controls to print this window
Case3:10-cv-04471-MEJ Document15 Filed04/29/11 Page3 of 3
Page 2 of 2

Beverly Hills, California 90210
888-406-1004

On 4/25/11 10:48 AM, jwshortt wrote:

Attention: Ira Siegel and Kyle Reed,

I represent Citizens Telephone Cooperative, against whom a subpoena was issued by your office for records relating to the above-styled matter. On or about April 15, 2011, I served the end user for the IP address you provided with the subpoena request, as directed in the Court order. I understand that counsel for the end user, Tara Branscom of LeClair Ryan in Roanoke, Virginia, has spoken with you concerning this matter, and that I am to contact you today concerning the situation.

Please let this serve to confirm that the IP address is for an apartment complex with multiple tenants. Citizens sells its service to the apartment complex owner--not the individual apartment dwellers. This internet is through a LAN using DHCP and private IP addresses for each user. Given the set up, my client confirms that there is no way that they can tie the requested information back to a specific user within the apartment complex.

Please let me know if you need any additional information concerning this matter. Your technical people are free to contact directly any of the Citizens personnel listed above for further details. Danny Vaughn probably is best able to handle any technical questions you may have, but all are versed in the details of this matter.

James W. Shortt

James W. Shortt & Associates, PC, P.O. Box 900 , Floyd, VA 24091

540.745.3131