UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| MEDIA PRODUCTS INC. | No. C 10-04471 MEJ |
| Plaintiff, | **ORDER SCHEDULING HEARING** |
| v. | **ORDER DIRECTING DEFENDANT NEEL N. PATEL TO FILE CONSENT/DECLINATION FORM** |
| NEEL N. PATEL, DOES 1-1257, | |
| Defendants. | |
| _____/ | |

Pending before the Court is Defendant Neel N. Patel's motion to dismiss, motion to quash, and motion for a protective order. The Court has set Defendant's motions for hearing on August 4, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Plaintiff shall file any opposition by July 14, 2011, and Defendant shall file any reply by July 21, 2011.

Upon review of the record in this action, the Court notes that Defendant Patel has not filed a written consent to magistrate judge jurisdiction. This civil case was randomly assigned to the undersigned magistrate judge for all purposes including trial. In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by a magistrate judge may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

You have the right to have your case assigned to a United States District Judge for trial and disposition. Accordingly, Defendant Patel shall inform the Court, by way of the enclosed form, whether he consents to magistrate judge jurisdiction or requests reassignment to a United States District Judge for trial. The consent/declination form shall be filed by July 14, 2011.

**IT IS SO ORDERED.**

Dated: June 27, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDIA PRODUCTS INC.                            No. C 10-04471 MEJ

        Plaintiff(s),

vs.

DOES 1-1257

        Defendant(s).
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated:_____     Signed by:_____

                                                              Counsel for:_____

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated:_____     Signed by:_____

                                                               Counsel for:_____

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDIA PRODUCTS INC. | Case Number: 10-04471 MEJ |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| DOES 1-1257 | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 27, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Neel Patel
1031 Old Hodges Mill Rd
Bogart GA 30622

Dated: June 27, 2011

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

3