LAW OFFICE
# MARK R. MITCHELL, P.C.
———

124 EAST CHAPIN STREET
CADILLAC, MICHIGAN 49601

TELEPHONE: (231) 775-7300                                                                          FAX: (231) 775-0023

July 19, 2011

United States District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

## OBJECTION TO DISCLOSURE OF CONFIDENTIAL INFORMATION

### Re:    Media Products, Inc., d/b/a Devil's Film v DOES 1-1257
### Civil Action # CV-10-4471-MEJ

Dear United States District Court:

I represent the rights and interests of Deanna Wallington with respect to the above captioned matter.

Our office has been advised that Ira M. Siegel, Attorney at Law, 433 North Camden Drive, Suite 970, Beverly Hills, CA 90210, email: subpoena@irasiegellaw.com, telephone 888-406-1004 has forwarded a Subpoena to Charter Communications, 12405 Powerscourt Drive, Saint Louis, MO 63131 requesting various documents and information which invade the privacy of my client, Deanna Wallington (see attached Subpoena). We formally oppose disclosure of any records or information regarding Deanna Wallington in the possession of Charter Communications, Inc. which has been requested in connection with the attached Subpoena.

Further, we would state that we have not been provided with any copy of Attachment A to the Subpoena which is mentioned in both the Subpoena and Attachment B, the Court Order.

Very truly yours,

Mark R. Mitchell
MRM/hap
Enclosures
cc:    Charter Communications, Inc., Legal Department, Attention: Kelly Starkweather, 12405 Powerscourt Drive, St. Louis, MI 63131, via fax to 314-909-0609 (with copy of June 17, 2011 Charter letter enclosed)
Mr. Ira M. Siegel, via fax to 310-657-2187
Ms. Deanna Wallington

AO 88B (Rev. 06/09) Subpoena to Produce Documents. Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Missouri

| | | |
|---|---|---|
| Media Products, Inc. DBA Devil's Film | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. CV-10-04471-MEJ |
| | ) | |
| DOES 1-1257 | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Northern District of California ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Custodian of Records, CHARTER COMMUNICATIONS (hereinafter "ISP"), Law Enforcement Paralegal
12405 Powerscourt Drive, Saint Louis, MO 63131

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents. electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

Documents sufficient to identify the names, addresses, telephone numbers. and email addresses of ISP's subscribers assigned the IP addresses identified on Attachment A on the corresponding dates at the corresponding times. You are to comply with this subpoena pursuant to the terms set forth in the Order attached hereto as Attachment B.

| Place: Law Offices of Ira M. Siegel | Date and Time: |
|---|---|
| 433 N. Camden Drive, Suite 970 | July 27, 2011 at 9:00 a.m. ✱ |
| Beverly Hills, CA 90210 | |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

| ✱ Compliance with this subpoena may be a multi-step process pursuant to the Order attached (Attachment B). At least the first step should be completed by June 17, 2011, with all steps completed by the date set forth under "Date and Time" above: July 27, 2011. (See paragraphs 4 and 5 of the Order.) |
|---|

Date: May 13, 2011

|  *CLERK OF COURT* | OR | *Ira M. Siegel* |
|---|---|---|
| *Signature of Clerk or Deputy Clerk* | | *Attorney's signature* |

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*
Media Products, Inc. DBA Devil's Film , who issues or requests this subpoena, are:
Ira M. Siegel, Law Offices of Ira M. Siegel, 433 N. Camden Drive, Suite 970, Beverly Hills, CA 90210, Email:
subpoena@irasiegellaw.com, Telephone: 888-406-1004