**\*\*E-filed 9/8/11\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDIA PRODUCTS, INC<br><br>        Plaintiff,<br><br>  v.<br><br>DOES 1-1257.<br><br>        Defendants.<br>_____/ | No. C 10-4471 RS<br><br>**ORDER RE PENDING MOTIONS AND CASE MANAGEMENT CONFERENCE** |

The motion to quash and motion for a protective order filed by Neel N. Patel (Dkt. Nos. 19 and 20) have never been re-noticed as required by the reassignment order and are accordingly denied without prejudice. Patel's motion to dismiss (Dkt. No. 21, re-noticed by Dkt. No. 36) is suitable for disposition without oral argument pursuant to Civil Local Rule 7-1(b), and the hearing set for September 15, 2011 is vacated.

The motion to quash filed by "John Doe 71.174.185.109" (Dkt. Nos. 38 and 41) was not noticed in conformance with the requirements of the Civil Local Rules and is denied without prejudice for that reason. The hearing purportedly set for September 15, 2011 is vacated. Counsel for "John Doe 71.174.185.109" are advised that admission *pro hac vice* imposes an obligation to

1 | become familiar with the local rules and to follow them, and that designated local counsel has a
2 | concomitant duty to ensure that papers filed on behalf of the client comply with those rules.
3 |     The Case Management Conference is hereby continued to October 20, 2011 at 10:00 a.m.

5 | IT IS SO ORDERED.

7 | Dated: 9/7/11

    RICHARD SEEBORG
    UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California