**\*\*E-filed 9/12/11 \*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MEDIA PRODUCTS, INC.,

   Plaintiff,

 v.

DOES 1-1257,

   Defendants.
_____/

No. C 10-4471 RS

**ORDER TO SHOW CAUSE AND DENYING MOTION TO DISMISS WITHOUT PREJUDICE**

Upon review, it appears that joinder of defendants Does 2-1257 in this action is improper. *See Diabolic Video Productions, Inc. v. Does 1-2099*, 2011 WL 3100404 (N.D.Cal. May 31, 2011). Accordingly, within 20 days of the date of this order, plaintiff shall file a brief, not to exceed 15 pages, setting forth cause, if any it has, why defendants Does 2-1257 should not be dismissed without prejudice. In light of these circumstances, the motion to dismiss filed by Neel N. Patel is denied without prejudice.

IT IS SO ORDERED.

Dated: 9/12/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE