**E-filed 10/7/11**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDIA PRODUCTS, INC., | No. C 10-4471 RS |
| Plaintiff, | **ORDER DISMISSING DOES 2-1257** |
| v. | |
| DOES 1-1257, | |
| Defendants. | |

On September 12, 2011, plaintiff was ordered to show cause, if any it had, why defendants Does 2-1257 should not be dismissed without prejudice for improper joinder. *See Diabolic Video Productions, Inc. v. Does 1-2099*, 2011 WL 3100404 (N.D.Cal. May 31, 2011). Plaintiff has filed no response and the time for doing so has expired. Accordingly, good cause appearing, all Doe defendants numbered 2 through 1257 who have not previously been dismissed are hereby dismissed without prejudice.

IT IS SO ORDERED.

Dated: 10/7/11

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE