Ira M. Siegel, Cal. State Bar No. 78142
email address:  irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel:     310-435-7656
Fax:    310-657-2187

Attorney for Plaintiff Media Products, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| Media Products, Inc., a California corporation,<br><br>                                  Plaintiff,<br><br>         v.<br><br>DOES 1-1257,<br><br>                                 Defendants. | **CASE NO. CV 10-04471 RS**<br><br>**Fed. R. Civ. P. 41(a) Dismissal Without Prejudice of Specific Doe Defendant, Namely Doe 1**<br><br>**JUDGE:  Richard Seeborg,**<br>United States District Judge |

Plaintiff dismisses without prejudice the following Doe defendant from the above identified action pursuant to Fed. R. Civ. P. 41(a):   Doe 1

For the purpose of clarity, Plaintiff states that except for those Doe defendants dismissed with prejudice in Documents ## 11, 12, 13, 14, 16, 17, 18, 40 and 44, all other defendants have now been dismissed without prejudice and no defendants remain in this case.

                                       Respectfully submitted,

Date: October 17, 2011                 _/s/ Ira M. Siegel_____
                                       Ira M. Siegel, Cal. State Bar No. 78142
                                       email address:  irasiegel@earthlink.net
                                       LAW OFFICES OF IRA M. SIEGEL
                                       433 N. Camden Drive, Suite 970
                                       Beverly Hills, California 90210-4426
                                       Tel:     310-435-7656
                                       Fax:    310-657-2187
                                       Attorney for Plaintiff Media Products, Inc.