Ira M. Siegel, Cal. State Bar No. 78142
email address:  irasiegel@earthlink.net
LAW OFFICES OF IRA M. SIEGEL
433 N. Camden Drive, Suite 970
Beverly Hills, California 90210-4426
Tel:     310-435-7656
Fax:    310-657-2187

Attorney for Plaintiff Media Products, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| Media Products, Inc., a California corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>DOES 1-1257,<br><br>　　　　　　　　　Defendants. | **CASE NO. CV 10-04471 RS**<br><br>**Status Report,**<br>**Namely That with the Filing of Document 46, All Defendants Have Been Dismissed From the Case, Some Without Prejudice and Some With Prejudice, and No Defendants Remain in the Case**<br><br>**JUDGE:  Richard Seeborg,**<br>United States District Judge |

　　　　Plaintiff hereby reports to the Court that with th filing of Document 46, filed on October 17, 2011, all defendants have now been dismissed, some without prejudice and some with prejudice, and no defendants remain in this case.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date: October 17, 2011          _/s/ Ira M. Siegel_____
　　　　　　　　　　　　　　　Ira M. Siegel, Cal. State Bar No. 78142
　　　　　　　　　　　　　　　email address:  irasiegel@earthlink.net
　　　　　　　　　　　　　　　LAW OFFICES OF IRA M. SIEGEL
　　　　　　　　　　　　　　　433 N. Camden Drive, Suite 970
　　　　　　　　　　　　　　　Beverly Hills, California 90210-4426
　　　　　　　　　　　　　　　Tel:     310-435-7656
　　　　　　　　　　　　　　　Fax:    310-657-2187

　　　　　　　　　　　　　　　Attorney for Plaintiff Media Products, Inc.